**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RICHARD J. BOWER                                                                                          PLAINTIFF
ADC #144498

V.                                          NO: 5:11CV00248 HDY

WENDY KELLEY *et al.*                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendant Wendy Kelley, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   22   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE